UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NAHLAH AL ISA,
O/B/O R.A.A.I.,

      Plaintiff,

Case No. 2:23-CV-11360
Magistrate Judge Anthony P. Patti

v.

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

## JUDGMENT

In accordance with the opinion and order denying Plaintiff's motion for summary judgment and granting Defendant's motion for summary judgment entered on July 19, 2024,

It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Defendant and against Plaintiff.

It is further **ORDERED AND ADJUDGED** that the determination of the Commissioner of Social Security is **AFFIRMED**.

**IT IS SO ORDERED.**

Dated: July 22, 2024

s/*Anthony P. Patti*
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE